**Order entered April 28, 2021**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

### No. 05-21-00189-CV

**CITY OF DALLAS, ANN HAMILTON, IN HER OFFICIAL CAPACITY, AND SELENE ALVAREZ, IN HER OFFICIAL CAPACITY, Appellants**

**V.**

**FITZHUGH, LLC D/B/A ANDY'S FOOD MART, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-00512**

### ORDER

Before the Court is appellants' April 26, 2021 unopposed first motion for an extension of time to file their brief. We **GRANT** the motion and **ORDER** appellants' brief due by May 18, 2021. Appellants are reminded that motions filed with the Court should comply with appellate rule 10.1(a)(5).

/s/ BONNIE LEE GOLDSTEIN
   JUSTICE